1  ADAMS LAW OFFICE
   Sharon J. Adams (State Bar # 154929)
2  1867 Ygnacio Valley Road, # 230
   Walnut Creek, CA 94598
3  Telephone: (925) 906-9026
   Fax: (925) 906-9023
4
   Attorney for Plaintiff
5  Kevin McLaughlin

6
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
10

11 | KEVIN McLAUGHLIN, an individual,                  | CASE NO. C06-2910
12 |                                                    |
   |         Plaintiff,                                 | NOTICE OF VOLUNTARY DISMISSAL
13 |                                                    | OF COMPLAINT FOR TRADEMARK
   |     v.                                             | INFRINGEMENT, UNFAIR
14 |                                                    | COMPETITION AND DILUTION
15 | LAMSON & GOODNOW, a Massachusetts
   | Limited Liability Company, FUSIONBRANDS
16 | INCORPORATED, a Georgia Corporation, and           | ORDER CLOSING FILE
   | STEVEN K. STEWART (aka Kraigh Stewart), an
17 | individual.
18 |
   |         Defendants.
19

20
21      NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure, Rule
22 41(a)(1)(i), Plaintiff voluntarily dismisses the above-captioned action without prejudice. Defendants
23 have not answered or served a motion for summary judgment, therefore Plaintiff has an absolute
24 right to dismiss. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995).
25      Dated: July 27, 2006          ADAMS LAW OFFICE
26 The Clerk of Court shall close
   the file.
27                                    By: /s/ Sharon J. Adams
28                                        Sharon J. Adams
                                          Attorney for Plaintiff

IT IS SO ORDERED
Judge Maria-Elena James

VOLUNTARY DISMISSAL                                   1.